**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __New York__
(State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Smarter Toddler Group, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  8 1 - 2 8 1 5 5 4 1

4. **Debtor's address**

   **Principal place of business**

   99 John Street
   Number    Street

   New York         NY    10038
   City             State ZIP Code

   United States
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State    ZIP Code

5. **Debtor's website (URL)**  http://www.smartertoddler.net

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **Smarter Toddler Group, LLC**        Case number (*if known*)_____
        Name

### 7. Describe debtor's business

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___  ___  ___  ___

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____ When _____ Case number _____
                                MM / DD / YYYY
        District _____ When _____ Case number _____
                                MM / DD / YYYY

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

☐ No
☐ Yes.  Debtor _____ Relationship _____
        District _____ When _____
                                                MM / DD / YYYY
        Case number, if known _____

Debtor  **Smarter Toddler Group, LLC**                                Case number *(if known)*_____
Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?_____
                        Number      Street

_____

_____   _____   _____
City                                        State     ZIP Code

Is the property insured?

☐ No
☐ Yes. Insurance agency _____

Contact name  _____

Phone         _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49        ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99       ☐ 5,001-10,000      ☐ 50,001-100,000
☐ 100-199     ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☒ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million   ☐ More than $50 billion

---

Debtor **Smarter Toddler Group, LLC**
Name

Case number *(if known)*_____

| 16. Estimated liabilities | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **9/27/2019**
MM / DD / YYYY

X _____    **Kettia Ming**
Signature of authorized representative of debtor    Printed name

Title **Manager**

**18. Signature of attorney**

X _____    Date **9/27/2019**
Signature of attorney for debtor    MM / DD / YYYY

**Jeffrey Chubak**
Printed name

**Storch Amini PC**
Firm name

**140 East 45th Street, 25th Floor**
Number    Street

**New York**    **NY**    **10017**
City    State    ZIP Code

**(212) 490-4100**    **jchubak@storchamini.com**
Contact phone    Email address

**4581807**    **NY**
Bar number    State

| Fill in this information to identify the case: |
|---|
| Debtor name: Smarter Toddler Group, LLC |
| United States Bankruptcy Court for the Southern District of New York |
| Case number (if known): 19-bk-_____ |

**Official Form 204**

Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders            12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, governmental contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Internal Revenue Service, Attn: C. Castro, Revenue Officer 290 Broadway, New York, NY 10007 | | Taxes | N/A | N/A | N/A | $275,749.52 |
| 2 | Giordano Consulting Inc., Attn: Angelo Michilli, 160 Varick St., New York, New York 10013 | Wachtel Missry LLP, Attn: Steven J. Cohen, 885 Second Ave., 47th Floor, New York, NY 10017 (212) 909-9505 cohen@wmllp.com | Judgment | N/A | N/A | N/A | $595,222.18 |
| 3 | ConstranoRahn LLC, Attn: Joshua Rahn 363 Greenwich St., Apt. 4A, New York, NY 10013 | Joshua Rahn (917) 423-5205 joshuarahn2@gmail.com | Loan | N/A | N/A | N/A | $500,000.00 |
| 4 | E.J. York Inc., 336 West 37th St., Suite 970, New York, New York 10018 | Robinson Brog Leinwand Greene Genovese & Gluck P.C., Attn: Andrew T. Lolli, 875 Third Ave., 9th Floor, New York, NY 10022 (212) 603-6300 alolli@robinsonbrog.com | Judgment | N/A | N/A | N/A | $163,697.16 |
| 5 | Abe Shampaner 3 Binnington Ct., East Brunswick, NJ 08816 | Schwartz Sladkus Reich Greenberg Atlas LLP Attn: Lynn E. Judell 444 Madison Ave., 6th Floor, New York, NY 10022 (212) 743-7110 ljudell@ssrga.com | Judgment | N/A | N/A | N/A | $191,509.47 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, governmental contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Brett Shampaner 65-36 Wetherole St., Apt. 409, Rego Park, NY 11374 | Lynn E. Judell (212) 743-7110 ljudell@ssrga.com | Judgment | N/A | N/A | N/A | $49,921.17 |
| 7 | NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240 | | Unknown | Disputed | N/A | N/A | $37,036.12 |
| 8 | Paychex, Inc. 225 West 34th St., Suite 700 New York, NY 10122 | Taroff & Taitz LLP 1 Corporate Dr., Suite 102 Behemia, NY 11716 (631) 475-4400 | Trade debt | Disputed | N/A | N/A | $36,000.00 |
| 9 | Inemer & Wolf LLP, Attn: Joe Wolf, 1430 Broadway, Suite 1503, New York, NY 10018 | Joe Wolf (212) 944-2555 joe@nyc-cpa.com | Professional services | N/A | N/A | N/A | $28,149.48 |
| 10 | Startel Solutions 40 West 37th St., Suite 805 New York, NY 10018 | | Trade debt | Disputed | N/A | N/A | $10,776.99 |
| 11 | Fox Capital Group, Inc., 383 Kingston Ave., Suite 337, Brooklyn, NY 11213 | Zachter PLLC, Attn: Jeffrey S. Zachter 2 University Plaza, Suite 205 Hackensack, NJ 07601 (646) 779-3294 jzachter@zachterlaw.com | Loan | Disputed | N/A | N/A | $10,855 |
| 12 | C&H Financial Services Inc. 100 Jericho Quadrangle, Jericho, NY 11753 | Oxygen Recovery Group Attn: Mohsin Pometkar 1 Hillcrest Center Dr., Suite 314 Spring Valley, NY 10977 (845) 367-4330 | Trade debt | Disputed | N/A | N/A | $7,445.70 |
| 13 | Yo Re Mi 221 Linden Blvd. Brooklyn, NY 11226 | | Services | N/A | N/A | N/A | $7,200.00 |
| 14 | Mark Yosef 116 Nassau Street, 5th Floor New York, NY 10038 | | Professional services | N/A | N/A | N/A | $3,100.00 |
| 15 | Baby Fingers LLC, c/o Douglas A. Lobel, P.C. 25 West 43rd St., New York, NY 10036 | | Services | N/A | N/A | N/A | $1,040.00 |

Fill in this information to identify the case and this filing:

Debtor Name  Smarter Toddler Group, LLC

United States Bankruptcy Court for the: Southern      District of New York
                                                                (State)

Case number (If known): _____

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9/27/2019       x  /s/ signature
              MM / DD / YYYY      Signature of individual signing on behalf of debtor

                                  Kettia Ming
                                  Printed name

                                  Manager
                                  Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SMARTER TODDLER GROUP, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-bk-_____ |

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the annexed matrix (list of creditors) is true and correct to the best of its knowledge.

Dated: September 27, 2019

_____
Kettia Ming, Manager

**Smarter Toddler Group, LLC**
List of creditors

| Name | Address1 | Address2 | City | State | Zip Code |
|---|---|---|---|---|---|
| Internal Revenue Service | Attn: C. Castro, Revenue Officer | 290 Broadway | New York | NY | 10007 |
| Bright Horizons Children's Centers LLC | Attn: John Casagrande, General Counsel | 200 Talcott Ave. South | Watertown | MA | 02472 |
| Pelosi Wolf Effron & Spates LLP | Attn: Dennis P. Spates | 233 Broadway, 22nd Floor | New York | NY | 10279 |
| B.E. Capital Management Fund LP | Attn: Thomas Braziel | 15 East 67th Street, 6th Floor | New York | NY | 10065 |
| Mintz & Gold LLP | Attn: Andrew R. Gottesman | 600 Third Ave., 25th Floor | New York | NY | 10016 |
| Giordano Consulting Inc. | Attn: Angelo Michilli | 160 Varick St. | New York | NY | 10013 |
| Wachtel Missry LLP | Attn: Steven J. Cohen | 885 Second Ave., 47th Floor | New York | NY | 10017 |
| ConstranoRahn LLC | Attn: Joshua Rahn | 363 Greenwich St., Apt. 4A | New York | NY | 10013 |
| E.J. York Inc. | | 336 West 37th St., Suite 970 | New York | NY | 10018 |
| Robinson Brog Leinwand Greene Genovese & Gluck, P.C. | Attn: Andrew Lolli | 875 Third Ave., 9th Floor | New York | NY | 10022 |
| Jeffrey S. Rose | New York City Marshal | 2426 Ralph Ave. | Brooklyn | NY | 11234 |
| Abe Shampaner | | 3 Binnington Ct. | East Brunswick | NJ | 08816 |
| Brett Shampaner | | 65-36 Wetherole St., Apt. 409 | Rego Park | NY | 10022 |
| Schwartz Sladkus Reich Greenberg Atlas LLP | Attn: Lynn E. Judell | 444 Madison Ave., 6th Floor | New York | NY | 10022 |
| Paychex, Inc. | | 225 West 34th St., Suite 700 | New York | NY | 10122 |
| Taroff & Taitz LLP | | 1 Corporate Drive, Suite 102 | Behemia | NY | 11716 |
| Inemer & Wolf LLP | Attn: Joe Wolf | 1430 Broadway, Suite 1503 | New York | NY | 10018 |
| Startel Solutions | | 40 West 37th St., Suite 805 | New York | NY | 10018 |
| Fox Capital Group | | 383 Kingston Ave., Suite 337 | Brooklyn | NY | 11213 |
| Zachter PLLC | Attn: Jeffrey Zachter | 2 University Plaza | Hackensack | NJ | 07601 |
| C&H Financial Services Inc. | | 100 Jericho Quadrangle | Jericho | NY | 11753 |
| Oxygen Recovery Group | Attn: Mohsin Pometkar | 1 Hillcrest Center Dr., Suite 314 | Spring Valley | NY | 10977 |
| Yo Re Mi | | 221 Linden Blvd. | Brooklyn | NY | 12226 |
| Mark Yosef | | 116 Nassau St., 5th Floor | New York | NY | 10038 |
| Con Edison | Cooper Station | P.O. Box 138 | New York | NY | 10276 |
| Spectrum | | 2554 Broadway | New York | NY | 10025 |
| Nextiva | | 8800 East Chaparral Road, Suite 300 | Scottsdale | AZ | 85250 |
| Verizon | | 1095 Avenue of the Americas | New York | NY | 10036 |
| Baby Fingers LLC | c/o Douglas A. Lobel, P.C. | 25 West 43rd St. | New York | NY | 10036 |
| Chess at Three | | 1307-9 Madison Ave. | New York | NY | 10007 |
| Fresh Outlook Tutors, Inc. | Attn: Paul Carrano | 124 West 72nd St., Unit 6A | New York | NY | 10023 |
| Espanate LLC | Attn: Michelle Ruiz Burden | 2095 Broadway, Suite 504 | New York | NY | 10023 |
| Nationwide Insurance | | One Nationwide Plaza | Columbus | OH | 43215 |
| Travelers Indemnity Company | | One Tower Square | Hartford | CT | 06183 |
| Travelers Co. Inc. | | 485 Lexington Ave., 8th Floor | New York | NY | 10017 |
| NYS Office of Child and Family Services | New York City Regional Office | 80 Maiden Lane, 23rd Floor | New York | NY | 10038 |
| NYC Department of Health and Mental Hygiene | Attn: Simone C. Hawkins, Ass't Comm'r Bureau of Child Care | 125 Worth St., 3rd Floor | New York | NY | 10013 |
| NYS Department of Labor | Building 12 | W.A. Harriman Campus | Albany | NY | 12240 |
| NYS Workers Compensation Board | | 111 Livingston St., 22nd Floor | Brooklyn | NY | 11201 |
| NYS Workers Compensation Board | | 215 West 125th St. | New York | NY | 10027 |
| NYS Department of Taxation and Finance | Bankruptcy Section | P.O. Box 5300 | Albany | NY | 12205 |
| MPH-1 The Edge LLC c/o Madison Marquette Retail Services | | 2001 Pennsylvania Ave., N.W. | Washington | DC | 20006 |
| 99 John St., LLC | c/o Rockrose Development Corp., Attn: General Counsel | 15 East 26th St., 7th Floor | New York | NY | 10010 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SMARTER TODDLER GROUP, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-bk-_____ |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1, Smarter Toddler Group, LLC hereby certifies that it has no corporate parent.

Dated: September 27, 2019

_____
Kettia Ming, Manager

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SMARTER TODDLER GROUP, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-bk-_____ |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Rule 1007(a)(3), the following is the list of Smarter Toddler Group, LLC's equity security holders:

| Name and Address of Each Holder | Percentage of Membership Interests Held |
|---|---|
| Kettia Ming | 28% |
| Robert Ming | 27% |
| Giordano Consulting Inc. | 25% |
| Joshua Rahn | 5% |
| Abe Shampaner | 12% |
| Brett Shampaner | 3% |

I hereby declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of her knowledge, information, and belief.

Dated: September 27, 2019

Kettia Ming, Manager

## SMARTER TODDLER GROUP, LLC
### CERTIFICATE OF COMPANY RESOLUTIONS

I, Kettia Ming, certify that I am the Manager of Smarter Toddler Group, LLC, a New York limited liability company, and am authorized to execute this Certificate on its behalf.

Solely in my capacity as Manager, I hereby certify that annexed hereto is a true copy of the resolutions adopted by the company on September 27th, 2019, and that such resolutions have not been altered, amended, or rescinded, and are still in force and effect as of the date hereof.

IN WITNESS WHEREOF, I have hereunto set my hand this 27th day of September, 2019.

By: _____
Kettia Ming, Manager

## RESOLUTIONS OF SMARTER TODDLER GROUP, LLC

WHEREAS, the Manager of Smarter Toddler Group, LLC, a New York limited liability company ("Company") has considered the financial and operational aspects of the Company's business;

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Manager, it is desirable and in the best interests of the Company, its creditors, employees, and members, that a petition be filed by it seeking relief under chapter 11 of the Bankruptcy Code; and it is further

RESOLVED, that Kettia Ming, the Manager of the Company ("Authorized Officer") and any person she may heretofore appoint is authorized on behalf of the Company to execute a voluntary petition for relief to be filed with the U.S. Bankruptcy Court for the Southern District of New York; and it is further

RESOLVED, that the Authorized Officer is authorized on behalf of the Company to verify and file all schedules, statements, lists, and other papers or documents, and to take and perform any and all further actions or steps that the Authorized Officer deems necessary or desirable in connection with its chapter 11 case; and it is further

RESOLVED, that the Company is authorized to employ Storch Amini PC as general bankruptcy counsel and such other professionals as the Company deems appropriate, and in connection therewith the Authorized Officer is authorized to execute appropriate retention agreements, pay appropriate retainers prior to the bankruptcy; and it is further

RESOLVED, that any and all actions heretofore taken by an Authorized Officer in the name of and on behalf of the Company be, and hereby are, ratified, confirmed, and approved in all respects.

Dated: September 27th, 2019

_____
Kettia Ming, Manager