# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SMARTER TODDLER GROUP, LLC, | Case No. 19-13097-scc |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Jeffrey Chubak, declare under penalty of perjury that on September 27, 2019, I caused a copy of the following documents to be served by first class mail upon the Office of the United Sates Trustee, the Debtor's two secured creditors, and the Debtor's 20 largest unsecured creditors, at the addresses set forth on the annexed Service List:

1. Declaration of Kettia Ming (Doc. 2);

2. Debtor's Motion for Interim and Final Orders Authorizing Payment of Prepetition Wages and Benefits and Granting Related Relief (Doc. 3);

3. Debtor's Motion for Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs (Doc. 4); and

4. Debtor's Motion for Interim and Final Orders Authorizing it to Continue Customer Program and Honor Prepetition Commitments Related Thereto (Doc. 5).

5. Notice of Hearing to Consider Debtor's First Day Motions (Doc. 8).

Dated: September 27, 2019

STORCH AMINI PC

/s/ Jeffrey Chubak
Attorneys for the Debtors and
Debtors in Possession

| Service List--First Day Papers | | | | | |
|---|---|---|---|---|---|
| Name | Address1 | Address2 | City | State | Zip Code |
| **Secured Creditors** | | | | | |
| Bright Horizons Children's Centers LLC | Attn: John Casagrande, General Counsel | 200 Talcott Ave. South | Watertown | MA | 02472 |
| Pelosi Wolf Effron & Spates LLP | Attn: Dennis P. Spates | 233 Broadway, 22nd Floor | New York | NY | 10279 |
| B.E. Capital Management Fund LP | Attn: Thomas Braziel | 15 East 67th Street, 6th Floor | New York | NY | 10065 |
| Mintz & Gold LLP | Attn: Andrew R. Gottesman | 600 Third Ave., 25th Floor | New York | NY | 10016 |
| **Unscured Creditors** | | | | | |
| Internal Revenue Service | Attn: C. Castro, Revenue Officer | 290 Broadway | New York | NY | 10007 |
| Giordano Consulting Inc. | Attn: Angelo Michilli | 160 Varick St. | New York | NY | 10013 |
| Wachtel Missry LLP | Attn: Steven J. Cohen | 885 Second Ave., 47th Floor | New York | NY | 10017 |
| ConstranoRahn LLC | Attn: Joshua Rahn | 363 Greenwich St., Apt. 4A | New York | NY | 10013 |
| E.J. York Inc. | | 336 West 37th St., Suite 970 | New York | NY | 10018 |
| Robinson Brog Leinwand Greene Genovese & Gluck, P.C. | Attn: Andrew Lolli | 875 Third Ave., 9th Floor | New York | NY | 10022 |
| Jeffrey S. Rose | New York City Marshal | 2426 Ralph Ave. | Brooklyn | NY | 11234 |
| Abe Shampaner | | 3 Binnington Ct. | East Brunswick | NJ | 08816 |
| Brett Shampaner | | 65-36 Wetherole St., Apt. 409 | Rego Park | NY | 10022 |
| Schwartz Sladkus Reich Greenberg Atlas LLP | Attn: Lynn E. Judell | 444 Madison Ave., 6th Floor | New York | NY | 10022 |
| Paychex, Inc. | | 225 West 34th St., Suite 700 | New York | NY | 10122 |
| Taroff & Taitz LLP | | 1 Corporate Drive, Suite 102 | Behemia | NY | 11716 |
| Inemer & Wolf LLP | Attn: Joe Wolf | 1430 Broadway, Suite 1503 | New York | NY | 10018 |
| Startel Solutions | | 40 West 37th St., Suite 805 | New York | NY | 10018 |
| Fox Capital Group | | 383 Kingston Ave., Suite 337 | Brooklyn | NY | 11213 |
| Zachter PLLC | Attn: Jeffrey Zachter | 2 University Plaza | Hackensack | NJ | 07601 |
| C&H Financial Services Inc. | | 100 Jericho Quadrangle | Jericho | NY | 11753 |
| Oxygen Recovery Group | Attn: Mohsin Pometkar | 1 Hillcrest Center Dr., Suite 314 | Spring Valley | NY | 10977 |
| Yo Re Mi | | 221 Linden Blvd. | Brooklyn | NY | 12226 |
| Mark Yosef | | 116 Nassau St., 5th Floor | New York | NY | 10038 |
| Con Edison | Cooper Station | P.O. Box 138 | New York | NY | 10276 |
| Spectrum | | 2554 Broadway | New York | NY | 10025 |
| Nextiva | | 8800 East Chaparral Road, Suite 300 | Scottsdale | AZ | 85250 |
| Verizon | | 1095 Avenue of the Americas | New York | NY | 10036 |
| Baby Fingers LLC | c/o Douglas A. Lobel, P.C. | 25 West 43rd St. | New York | NY | 10036 |
| Chess at Three | | 1307-9 Madison Ave. | New York | NY | 10007 |
| Fresh Outlook Tutors, Inc. | Attn: Paul Carrano | 124 West 72nd St., Unit 6A | New York | NY | 10023 |
| Espanate LLC | Attn: Michelle Ruiz Burden | 2095 Broadway, Suite 504 | New York | NY | 10023 |
| **Office of the United States Trustee** | | | | | |
| Office of the United States Trustee | Attn: Andy Velez-Rivera | 201 Varick Street, Suite 1006 | New York | NY | 10014 |