**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SMARTER TODDLER GROUP, LLC, | Case No. 19-13097 |
| Debtor. | |

**INTERIM ORDER AUTHORIZING DEBTOR TO CONTINUE CUSTOMER PROGRAM AND HONOR PREPETITION COMMITMENTS RELATED THERETO**

Upon the motion of Debtor Smarter Toddler Group, LLC (the "Debtor") for an interim order authorizing it to continue its Customer Program (as defined in the motion); and the Court having found and determined that cause exists for the requested relief, and that adequate notice has been given and that no further notice is necessary; and after due deliberation and good and sufficient cause appearing therefor, it is hereby ORDERED:

1. The motion is granted as set forth herein.

2. The Debtor is authorized to continue its Customer Program and to honor any prepetition commitments related thereto.

3. Notwithstanding any Federal Rule of Bankruptcy Procedure to the contrary, the Debtor is not subject to any stay in the implementation, enforcement, or realization of the relief granted in this Order, and the Debtor may, in its discretion and without further delay, take any action and perform any act authorized under this Order.

4. A hearing to consider entry of a final order granting the relief requested in the motion shall be held on October 30, 2019, at 2:00 p.m. (EST). Any objections to entry of a final order granting the requested relief shall be filed by October 23, 2019, at 4:00 p.m. (EST).

5. This Court shall retain jurisdiction to determine all matters related to the implementation of this Order.

Dated: October 7, 2019
      New York, New York

/S/ Shelley C. Chapman
Honorable Shelley C. Chapman
United States Bankruptcy Judge