**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SMARTER TODDLER GROUP, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-13097-scc |

**ORDER EXTENDING TIME TO FILE SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

Upon the motion of Debtor Smarter Toddler Group, LLC (the "Debtor") for an order extending its time to file its Schedules of Assets and Liabilities ("Schedules") and Statement of Financial Affairs ("SOFA") through and including October 25, 2019, pursuant to Rules 1007(a)(5) and 9006(c); and the Court having found and determined that cause exists for the requested relief, and that adequate notice has been given and that no further notice is necessary; and after due deliberation and good and sufficient cause appearing therefor, it is hereby ORDERED:

1. The motion is granted as set forth herein.

2. The Debtor is hereby granted an extension of time to file its Schedules and SOFA through and including October 25, 2019.

Dated: October 7, 2019
      New York, New York

                                             /S/ Shelley C. Chapman
                                             Honorable Shelley C. Chapman
                                             United States Bankruptcy Judge