**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SMARTER TODDLER GROUP, LLC, | Case No. 19-13097-scc |
| Debtor. | |

**INTERIM ORDER AUTHORIZING PAYMENT OF PREPETITION WAGES AND BENEFITS AND GRANTING RELATED RELIEF**

Upon the motion of Debtor Smarter Toddler Group, LLC (the "Debtor") for an interim order authorizing it to pay certain Employee Obligations (as defined in the motion); and it appearing that the relief requested is in the best interests of the Debtor, its estate, and creditors and that adequate notice has been given and that no further notice is necessary; and after due deliberation and good and sufficient cause appearing therefor, it is hereby ORDERED:

1. The motion is granted as set forth herein.

2. The Debtor is authorized to honor and pay the Employee Obligations as set forth in the motion to its employees, in accordance with its stated policies and prepetition practices, and in the ordinary course of business, including amount that have been earned, accrued, or vested prior to September 25, 2019 ("Petition Date"); provided, that no amounts paid to any employee hereunder shall exceed the limits set forth in Bankruptcy Code sections 507(a)(4)-(5), and provided further that such obligations arose within 180 days preceding the Petition Date.

3. The Debtor is authorized to pay any and all processing fees associated with, and all costs incident to, payment of the Employee Obligations, including any taxes required to be collected or paid to any appropriate taxing authority.

4. Banks and financial institutions ("Banks") on which checks were drawn or electronic payment requests made in payment of the Employee Obligations approved herein are authorized and directed to receive, process, honor and pay all such checks and electronic payment

requests when presented for payment, and all such Banks are authorized to rely on Debtor's designation of any particular check or electronic payment request as approved by this Order; *provided*, *however*, sufficient funds are available in Debtor's bank accounts to cover any such payments.

5. Notwithstanding any Federal Rule of Bankruptcy Procedure to the contrary, the Debtor is not subject to any stay in the implementation, enforcement, or realization of the relief granted in this Order, and the Debtor may, in its discretion and without further delay, take any action and perform any act authorized under this Order.

6. A hearing to consider entry of a final order granting the relief requested in the motion shall be held on October 30, 2019, at 2:00 p.m. (EST). Any objections to entry of a final order granting the requested relief shall be filed by October 23, 2019, at 4:00 p.m. (EST).

7. This Court shall retain jurisdiction to determine all matters related to the implementation of this order.

Dated: October 7, 2019
      New York, New York

                                                /S/ Shelley C. Chapman
                                                Honorable Shelley C. Chapman
                                                United States Bankruptcy Judge