UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
In re:

SMARTER TODDLER GROUP, LLC,

                    Debtor.

------------------------------------------------------------------------X

Chapter 11
Case No. 19-13097(SCC)

## STIPULATION OF SUBSTITUTION OF COUNSEL

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that Rattet PLLC be and hereby is substituted as counsel of record to the above captioned debtor (the "Debtor") in place of Storch Amini PC. This Stipulation may be signed in counterparts and facsimile signatures shall be deemed originals.

| | |
|---|---|
| Dated: White Plains, New York<br>October 8, 2019 | Dated: New York, New York<br>October 8, 2019 |
| RATTET PLLC<br>Substitute Counsel for the Debtor<br>202 Mamaroneck Avenue<br>White Plains, New York 10601<br>(914) 381-7400 | STORCH AMINI PC<br>Former Counsel to the Debtor<br>140 East 45th Street<br>Suite 25th Floor<br>New York, New York 10017<br>(212) 490-4100 |
| By:/s/ *Robert L. Rattet*<br>    Robert L. Rattet, Esq. | By: /s/ *Jeffrey Chubak*<br>    Jeffrey Chubak, Esq. |

SMARTER TODDLER GROUP, LLC


By: /s/ *Kettia Ming*
    Kettia Ming, Managing Member