UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:

**SMARTER TODDLER GROUP, LLC,**

                      Debtors.

-------------------------------------------------------X

Chapter 11

Case No. 19-13097 (SCC)

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that the undersigned hereby appears for **E.J. York Inc.**, a judgment creditor and party in interest in this matter pursuant to Bankruptcy Rules 2002, 9007 and 9010 and Sections 342 and 1109(b) of the Bankruptcy Code, and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

        **ROBINSON BROG LEINWAND
GREENE GENOVESE & GLUCK P.C.**
*Counsel for E.J. York Inc.*
875 Third Avenue, 9th Floor
New York, New York 10022
Telephone No.: 212-603-6300
Lori A. Schwartz, Esq.
ls@robinsonbrog.com

and that they be added to the Master Service List in this case.

**PLEASE TAKE FURTHER NOTICE,** that pursuant to 11 U.S.C. Section 1109(b), this demand shall be broadly construed to include, by way of example and not by way of limitation, all notices and papers, including, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph,

telex, fax, e-mail or otherwise, which affects, or purports to affect, the estate of the above named debtor or property of its estate.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers, nor any later appearance, pleading, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a Judge of the United States District Court, (ii) the right to trial by jury in any proceeding related to this proceeding, (iii) the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this notice, (v) an election of remedy, (vi) any other rights, claims actions, defenses, setoffs, or recoupments as appropriate in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

**DATED:**  New York, New York
October 11, 2019

>    **ROBINSON BROG LEINWAND GREENE**
>    **GENOVESE & GLUCK P.C.**
>    *Counsel for E.J.York Inc.*
>    875 Third Avenue, 9th Floor
>    New York, New York 10022
>    Tel: No.: 212-603-6300
>
>    By:/s/ Lori A. Schwartz
>    **Lori A. Schwartz**

**To:**

Office of the United States Trustee
Southern District of New York
US Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Jeffrey Chubak, Esq.
Storch Amini PC
140 East 45th Street, 25th Floor
New York, NY 10017
(212) 490-4100

Robert L. Rattet, Esq.
Rattet PLLC
202 Mamaroneck Avenue
White Plains, NY 10601