In re:             Case No. 19-13097 (SCC)

                 Chapter 11

SMARTER TODDLER GROUP, LLC,

            Debtor.

**NOTICE OF MOTION FOR AN ORDER, INTER ALIA,
PURSUANT TO 11 U.S.C. SECTION 362 TO VACATE
AUTOMATIC STAY AND FOR PAYMENT OF USE
AND OCCUPANCY**

**PLEASE TAKE NOTICE**, that upon the annexed application of Gazit Horizons (Edge)

Fee Owner LLC, dated the 10th day of December 2019, the undersigned will move before the

Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States

Bankruptcy Courthouse, One Bowling Green, New York, New York 10004-1408 on the 14th day

of January 2020, at 2:00 p.m.in the afternoon of that day, or as soon thereafter as counsel may be

heard, for an Order as follows:

1.  Pursuant to 11 U.S.C. Section 362(d)(l) & (2), vacating and
    terminating the automatic stay for cause, thereby permitting
    the subject landlord to enforce its rights in, and remedies in
    and to, the subject premises;

2.  Pursuant to 11 U.S.C. Section 362(e), consolidating the
    preliminary and final hearing;

3.  Pursuant to 11 U.S.C. Section 363(e), directing debtor to pay
    immediately to the landlord all post-petition use and
    occupancy charges that have accrued since September 27,
    2019, and to pay landlord use and occupancy on a monthly
    basis on the first day of each month, pending a final
    determination of the relief requested herein;

4.  In the event, arguendo, that the Court determines that here
    remains any leasehold interest in the subject premises,
    pursuant to 11 U.S.C. 365(d), directing the debtor either to
    assume or reject the lease for the subject premises, and, if

rejected, compelling debtor to vacate the premises, or, if assumed, compelling the debtor promptly to pay all past due pre-petition rent and additional charges and post-petition use and occupancy;

5. In the event that the Court grants the relief requested herein by modifying the automatic stay, then pursuant to FRBP 400l(a)(3), waiving the fourteen (14) day stay of an Order granting a motion for relief from an automatic stay made in accordance with FRBP 4001(a)(l);

6. Awarding landlord its reasonable attorneys' fees together with the costs and disbursements of this motion; and

7. Granting landlord such other and further relief as this Court may deem just, proper and equitable under the circumstances.

**PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, must be served upon the undersigned at least seven (7) days prior to the return date of this motion and also must be filed with the Bankruptcy Court one (1) day after said service.

Dated: New York, New York
        December 10, 2019

**BORAH, GOLDSTEIN, ALTSCHULER, NAHINS & GOIDEL, P.C.,**

By: */s/ Ndukwe D. Agwu*
        Ndukwe D. Agwu
377 Broadway, 7th Floor
New York, NY 10013
Telephone: (212) 431-1300
Fax: (646) 349-4135
E-mail: nagwu@borahgoldstein.com
*Attorneys for MPH-1 the Edge LLC.*

2

To:

Smarter Toddler Group, LLC
Debtor
99 John Street
New York, NY 10038
NEW YORK-NY

Rattet PLLC
Attn:   James B. Glucksmanft9
          Robert Leslie Rattet
202 Mamaroneck Avenue, Suite 300
White Plains, NY 10601

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Mark Yosef,
116 Nassau St., 5th Floor
New York, NY 10038-2402

Mintz & Gold LLP
Attorneys for B.E. Capital
Management Fund
600 3rd Ave, 25th Floor
New York, NY 10016-1910
Attn: Andrew Gottesman

NYS Department of LaborBuilding 12
W.A. Harriman Campus
Albany, NY 12240-0001

NYS Workers Compensation Board
111 Livingston St., 22nd Floor
Brooklyn, NY 11201-5078

Nextiva
8800 East Chaparral Road, Suite 300
Scottsdale, AZ 85250-2609

Pelosi Wolf Effron & Spates LLP
Attn: Dennis P. Spates
233 Broadway, 22nd Floor
New York, NY 10279-2203

Greene Genovese & Gluck, P.C.
Attn: Andrew Lolli
875 Third Ave., 9th Floor
New York, NY 10022-0123

Schwartz Sladkus Reich Greenberg Atlas
LLP
Attn: Lynn E. Judell
444 Madison Ave., 6th Floor
New York, NY 10022-6972

Taroff & Taitz LLP
Corporate Drive, Suite 102
Behemia, NY 11716-2663

Michelle McMahon
Cullen & Dykman
44 Wall Street
New York, NY 10005-2401

NYC Department of Health and Mental
Hygiene
Attn: Simone C. Hawkins
125 Worth St., 3rd Floor
New York, NY 10013-4006

NYS Department of Taxation and Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

NYS Workers Compensation Board,
215 West 125th St.
New York, NY 10027-4426

Oxygen Recovery Group
Attn: Mohsin Pometkar
1 Hillcrest Center Dr., Suite 314
Spring Valley, NY 10977-3745

Greene Genovese & Gluck P.C.
Counsel for E.J. York Inc.
875 Third Avenue, 9th Floor
New York, New York 10022-0123

Robinson Brog Leinwand Greene Genovese
& Glu
Attn: Andrew Lolli
875 Third Ave., 9th Floor
New York, NY 10022-0123

Spectrum
2554 Broadway
New York, NY 10025-6333

Travelers Co. Inc.
485 Lexington Ave., 8th Floor
New York, NY 10017-2600

Mintz & Gold LLP
Attn: Andrew R. Gottesman
600 Third Ave., 25th Floor New York, NY
10016-1910

NYC Department of Health and Mental
Hygiene
Attn: Simone C. Hawkins, Ass't Comm
125 Worth St., 3rd Floor
New York, NY 10013-4006

NYS Office of Child and Family Services
New York City Regional Office
80 Maiden Lane, 23rd Floor New York, NY
10038-4830

Nationwide Insurance
Service Of Process Team
Three Nationwide Plaza Mail Code 3-11-
310
Columbus OH 43215-2410
Paychex, Inc.
225 West 34th St., Suite 700
New York, NY 10122-0701

Rosenberg & Estis P C
Attn Gloria Rodriguez
733 Third Avenue
12th Floor
New York Ny 10017-3293

State Of New York Dept. Of Labor
Unemployment Insurance Division
Gov. W. Averell Harriman State Office
Building 12, Rm 256
Albany, New York 12240-0001

Startel Solutions
40 West 37th St., Suite 805
New York, NY 10018-7549

Travelers Indemnity Company
One Tower Square
Hartford, CT 06183-0003

Verizon Business Global LLC
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147-6105

Verizon
1095 Avenue of the Americas
New York, NY 10036-6704

Wachtel Missry LLP
Attn: Steven J. Cohen
885 Second Ave., 47th Floor New York, NY
10017-2229

Yo Re Mi
221 Linden Blvd.
Brooklyn, NY 11226-3415

Robert Leslie Rattet
202 Mamaroneck Avenue Suite 300
White Plains, NY 10601-5320

Internal Revenue Service
Attn: C. Castro, Revenue Officer
290 Broadway
New York, NY 10007

Zachter PLLC
Attn: Jeffrey Zachter
2 University Plaza
Hackensack, NJ 07601-6202

Baby Fingers LLC
c/o Douglas A. Lobel, P.C.
25 West 43rd St.
New York, NY 10036-7406

Bright Horizons Childrens Centers LLC
200 Talcott Avenue
South Watertown, MA 02472
Attention: John Casagrande

CULLEN AND DYKMAN, LLP
Attorneys for Debtor Michelle McMahon
44 Wall St. New York, NY 10005-2407

ConstranoRahn LLC
Attn: Joshua Rahn
363 Greenwich St., Apt. 4A
New York, NY 10013-2846

Espanate LLC
Attn: Michelle Ruiz Burden
2095 Broadway, Suite 504
New York, NY 10023-2895

Fresh Outlook Tutors, Inc.
Attn: Paul Carrano
124 West 72nd St., Unit 6A
New York, NY 10023-3325

Abe Shampaner
3 Binnington Ct.
East Brunswick, NJ 08816-2603

Brett Shampaner
65-36 Wetherole St., Apt. 409
Rego Park, NY 11374-4707

C&H Financial Services Inc.
100 Jericho Quadrangle
Jericho, NY 11753-2708

Chess at Three
1307-9 Madison Ave.
New York, NY 10128-1301

Fox Capital Group
383 Kingston Ave., Suite 337
Brooklyn, NY 11213-4333

Giordano Consulting Inc.
Attn: Angelo Michilli
160 Varick St.
New York, NY 10013-1220

Jeffrey S. Rose
New York City Marshal
2426 Ralph Ave.
Brooklyn, NY 11234-5517

E.J. York Inc.
c/o Robinson Brog Leinwand Greene et al.
875 Third Avenue
9th Floor 9th Floor
New York, NY 10022-0123

B.E. Capital Management Fund LP
Attn: Thomas Braziel
15 East 67th Street, 6th Floor
New York, NY 10065-5804

Bright Horizons Children's Centers LLC
Attn: John Casagrande, General Counsel
200 Talcott Ave.
South Watertown, MA 02472-5705

Consolidated Edison Company Of New
York Inc. Bankruptcy Group
4 IRVING PLACE 1875-S
NEW YORK, NY 10003-3502

Con Edison Cooper Station
P.O. Box 138
New York, NY 10276-0138

E.J. York Inc.
336 West 37th St., Suite 970
New York, NY 10018-4997

Fox Capital Group Inc.
c/o Zachter PLLC
2 University Plaza Drive Suite 205
Hackensack, NJ 07601

Inemer & Wolf LLP
Attn: Joe Wolf
1430 Broadway, Suite 1503
New York, NY 10018-3377