UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

SMARTER TODDLER GROUP, LLC,

Chapter 11
Case No. 19-13097 (SCC)

Debtor.
-----------------------------------------------------------------X

## STIPULATION OF SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that Davidoff Hutcher & Citron LLP, 605 Third Avenue, New York, New York 10158, will be and hereby is substituted for Rattet PLLC, 202 Mamaroneck Avenue, Suite 300, White Plains, New York 10601 as counsel for Smarter Toddler Group, LLC in the above captioned bankruptcy case, effective January 1, 2020.

Dated: January 2, 2020

RATTET PLLC
202 Mamaroneck Avenue
White Plains, NY  10601
(914) 381-7400

By: */s/ Robert L. Rattet*
      Robert L. Rattet, Esq.

Dated: January 2, 2020

DAVIDOFF HUTCHER & CITRON LLP
605 Third Avenue
New York, New York 10158
(212) 557-7200

By: */s/ Robert L. Rattet*
      Robert L. Rattet, Esq.

Dated: December 31, 2019

Consented and Agreed:
Kettia Ming,
Manager

By: */s/ Kettia Ming*
      Kettia Ming