UNITED STATES BANKRUPTCY COURT
SOUTHERN_____ DISTRICT OF NEW YORK

In re SMARTER TODDLER PRESCHOOL

**Debtor**

Case No. 19-13097(SCC)

Reporting Period: Dec-19

Federal Tax I.D. # 47-4210274

### CORPORATE MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | x | |
|    Copies of bank statements | | | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | x | |
| Balance Sheet | MOR-3 | x | |
| Status of Post-petition Taxes | MOR-4 | x | |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | x | |
|    Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | |
| Taxes Reconciliation and Aging | MOR-5 | x | |
| Payments to Insiders and Professional | MOR-6 | x | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | x | |
| Debtor Questionnaire | MOR-7 | x | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

Signature of Debtor _____    Date _____

*/S/ Kettia Ming*

Signature of Authorized Individual* _____    Date 2/5/2020

Printed Name of Authorized Individual Manager _____    Date _____

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re SMARTER TODDLER PRESCHOOL     Case No. 19-13097(SCC)

Debtor     Reporting Period:     Dec-19

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | |
| ACCOUNT NUMBER (LAST 4) | OPER | PAYROLL | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|---|---|
| **CASH BEGINNING OF MONTH** | 153,692.44 | (7,637.13) | - | - | 146,055.31 |
| **RECEIPTS** | | | | | |
| CASH SALES | 343,886.00 | | | | 343,886.00 |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | | - |
| LOANS AND ADVANCES | | | | | - |
| SALE OF ASSETS | | | | | - |
| OTHER *(ATTACH LIST)* | | | | | - |
| TRANSFERS *(FROM DIP ACCTS)* | (127,000.00) | 127,000.00 | | | - |
| **TOTAL RECEIPTS** | 216,886.00 | 127,000.00 | - | - | 343,886.00 |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | | 129,480.95 | | | 129,480.95 |
| PAYROLL TAXES | | 9,522.47 | | | 9,522.47 |
| SALES, USE, & OTHER TAXES | | | | | - |
| INVENTORY PURCHASES | | | | | - |
| SECURED/ RENTAL/ LEASES | | | | | - |
| INSURANCE | | | | | - |
| ADMINISTRATIVE | | 695.51 | | | 695.51 |
| SELLING | | | | | - |
| OTHER *(ATTACH LIST)* | 43,556.66 | | | | 43,556.66 |
| OWNER DRAW * | | | | | - |
| TRANSFERS *(TO DIP ACCTS)* | | | | | - |
| PROFESSIONAL FEES | | | | | - |
| U.S. TRUSTEE QUARTERLY FEES | | | | | - |
| COURT COSTS | | | | | - |
| **TOTAL DISBURSEMENTS** | 43,556.66 | 139,698.93 | | | 183,255.59 |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 173,329.34 | (12,698.93) | - | - | 160,630.41 |
| | | | | | |
| CASH – END OF MONTH | 327,021.78 | (20,336.06) | - | - | 306,685.72 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | 231,595.79 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 231,595.79 |

| In re SMARTER TODDLER PRESCHOOL | Case No. | 19-13097(SCC) |
|---|---|---|
| **Debtor** | **Reporting Period:** | Dec-19 |

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Gross Revenues | 343,886.00 | 888,142.50 |
| Less: Returns and Allowances | | - |
| Net Revenue | 343,886.00 | 888,142.50 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | - |
| Add: Purchases | | - |
| Add: Cost of Labor | | - |
| Add: Other Costs *(attach schedule)* | | - |
| Less: Ending Inventory | | - |
| Cost of Goods Sold | | - |
| Gross Profit | | - |
| **OPERATING EXPENSES** | | |
| Administrative | 1,896.63 | 8,919.30 |
| Auto and Truck Expense | | - |
| Bad Debts | | - |
| Contributions | | - |
| Employee Benefits Programs | | - |
| Officer/Insider Compensation* | | - |
| Insurance | 5,456.79 | 28,067.37 |
| Management Fees/Bonuses | | - |
| Office Expense | | - |
| Professional Fees | | 1,500.00 |
| Repairs and Maintenance | | - |
| Rent and Lease Expense | 173,712.20 | 361,225.80 |
| Salaries/Commissions/Fees | 118,061.85 | 404,463.85 |
| Supplies | | - |
| Taxes - Payroll | 9,522.47 | 31,704.43 |
| Taxes - Real Estate | | - |
| Taxes - Other | | - |
| Travel and Entertainment | | - |
| Utilities | | - |
| Other *(attach schedule)* | 43,556.66 | 106,953.80 |
| Total Operating Expenses Before Depreciation | | |
| Depreciation/Depletion/Amortization | | 16,607.00 |
| Net Profit (Loss) Before Other Income & Expenses | (8,320.60) | 959,441.55 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | | - |
| Interest Expense | | |
| Other Expense *(attach schedule)* | | - |
| Net Profit (Loss) Before Reorganization Items | (8,320.60) | 23,689.61 |

**In re** SMARTER TODDLER PRESCHOOL      **Case No.**   19-13097(SCC)

Debtor      **Reporting Period:**   Dec-19

| REORGANIZATION ITEMS | | |
|---|---|---|
| Professional Fees | | - |
| U. S. Trustee Quarterly Fees | | - |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | - |
| Gain (Loss) from Sale of Equipment | | - |
| Other Reorganization Expenses *(attach schedule)* | | - |
| Total Reorganization Expenses | | - |
| Income Taxes | | - |
| Net Profit (Loss) | (8,320.60) | 23,689.61 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

## BREAKDOWN OF "OTHER" CATEGORY

OTHER COSTS

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**OTHER OPERATIONAL EXPENSES**

| | | |
|---|---|---|
| ADVERTISING & PROMOTIONAL | 5,782.31 | 10,207.88 |
| BANK SERVICE CHARGES | 155.00 | 646.30 |
| COMPUTER | 2,753.69 | 8,857.97 |
| DUES & SUBS | 542.18 | 689.18 |
| SCHOOL SUPPLIES | 4,458.41 | 10,402.78 |
| JANITORIAL | 9,650.00 | 19,745.40 |
| MEALS & ENTERTAINMENT | 4,216.40 | 4,490.07 |
| MERCHANT FEES | 6,365.82 | 13,229.81 |
| OFFICE SUPPLIES | | 553.20 |
| ENRICHMENTS - FREELANCERS | 4,775.00 | 12,062.00 |
| PAYROLL PROCESSING | 695.51 | 1,982.32 |
| PETTY CASH | - | 800.00 |
| TELEPHONE & FAX | 1,029.42 | 2,403.42 |
| TRAVEL | 1,042.69 | 2,286.90 |
| UTILITIES | 1,748.98 | 4,100.11 |
| LICENSES/REGISTRATION | 461.25 | 661.25 |
| STAFF TRAINING | (120.00) | 645.00 |
| STORAGE | | 1,229.00 |
| MISCELLANEOUS | | (0.09) |
| | | |
| | | |

OTHER INCOME

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER EXPENSES

| In re SMARTER TODDLER PRESCHOOL | | Case No. | 19-13097(SCC) |
|---|---|---|---|
| Debtor | | Reporting Period: | Dec-19 |

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**OTHER REORGANIZATION EXPENSES**

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**

Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

In re SMARTER TODDLER PRESCHOOL | Case No. | 19-13097(SCC)
--- | --- | ---
Debtor | Reporting Period: | Dec-19

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| CURRENT ASSETS | | | |
| Unrestricted Cash and Equivalents | 88,973.97 | 97,795.85 | |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | | |
| Accounts Receivable (Net) | | | |
| Notes Receivable | | | |
| Inventories | | | |
| Prepaid Expenses | | | |
| Professional Retainers | | | |
| Other Current Assets *(attach schedule)* | | | |
| TOTAL CURRENT ASSETS | 88,973.97 | 97,795.85 | |
| PROPERTY & EQUIPMENT | | | |
| Real Property and Improvements | 2,335,639.08 | 2,335,639.08 | |
| Machinery and Equipment | 43,722.63 | 43,722.63 | |
| Furniture, Fixtures and Office Equipment | 296,229.57 | 296,229.57 | |
| Leasehold Improvements | | | |
| Software | 51,243.27 | 51,243.27 | |
| Less:  Accumulated Depreciation | (665,555.00) | (665,555.00) | |
| TOTAL PROPERTY & EQUIPMENT | 2,061,279.55 | 2,061,279.55 | |
| OTHER ASSETS | | | |
| Amounts due from Insiders* | | | |
| Other Assets *(attach schedule)* | 488,951.18 | 493,991.18 | |
| TOTAL OTHER ASSETS | 488,951.18 | 493,991.18 | |
| TOTAL ASSETS | 2,639,204.70 | 2,653,066.58 | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition) | | | |
| Accounts Payable | | | |
| Taxes Payable *(refer to FORM MOR-4)* | | | |
| Wages Payable | | | |
| Notes Payable | | | |
| Rent / Leases - Building/Equipment | | | |
| Tuition Deposits | 278,735.19 | 301,375.19 | |
| Professional Fees | 1,500.00 | 1,500.00 | |
| Amounts Due to Insiders* | | | |
| Other Post-petition Liabilities *(attach schedule)* | | | |
| TOTAL POST-PETITION LIABILITIES | 280,235.19 | 302,875.19 | |
| LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition) | | | |
| Secured Debt | 700,000.00 | 700,000.00 | |
| Pre-Petition taxes | 312,146.45 | 312,146.45 | |
| Unsecured Debt | 1,781,037.13 | 1,756,037.13 | |
| TOTAL PRE-PETITION LIABILITIES | 2,793,183.58 | 2,768,183.58 | |
| TOTAL LIABILITIES | 3,073,418.77 | 3,071,058.77 | |
| OWNERS' EQUITY | | | |
| Capital Stock | | | |
| Additional Paid-In Capital | | | |
| Partners' Capital Account | | | |
| Owner's Equity Account | | | |
| Retained Earnings - Pre-Petition | (366,975.19) | (366,975.19) | |
| Retained Earnings - Post-petition | (67,238.88) | (51,017.00) | |
| Adjustments to Owner Equity *(attach schedule)* | | | |
| Post-petition Contributions *(attach schedule)* | | | |
| NET OWNERS' EQUITY | (434,214.07) | (417,992.19) | |
| TOTAL LIABILITIES AND OWNERS' EQUITY | 2,639,204.70 | 2,653,066.58 | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re SMARTER TODDLER PRESCHOOL          Case No.          19-13097(SCC)
Debtor                                   Reporting Period:          Dec-19

## BALANCE SHEET - continuation section

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | | | |
| RENT DEPOSITS | 373,509.36 | 373,509.36 | |
| CON-ED DEPOSIT | 5,634.00 | 5,634.00 | |
| START-UP | 147,879.82 | 147,879.82 | |
| START-UP - A/A | (33,032.00) | (33,032.00) | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Adjustments to Owner's Equity | | | |
| | | | |
| | | | |
| Post-Petition Contributions | | | |
| | | | |
| | | | |

Restricted Cash:   Cash that is restricted for a specific use and not available to fund operations,
Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re SMARTER TODDLER PRESCHOOL                    Case No. 19-13097(SCC)
Debtor                                             Reporting Period:    Dec-19

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | | 8,558.65 | 8,558.65 | | | |
| FICA-Employee | | 7,739.08 | 7,739.08 | | | |
| FICA-Employer | | 7,739.08 | 7,739.08 | | | |
| Unemployment | | 81.74 | 81.74 | | | |
| Income | | | - | | | |
| Other: | | | - | | | |
| Total Federal Taxes | | 24,118.55 | 24,118.55 | | | |
| State and Local | | | | | | |
| Withholding | | 6,511.02 | 6,511.02 | | | |
| Sales | | | - | | | |
| Excise | | | - | | | |
| Unemployment | | 1,701.65 | 1,701.65 | | | |
| Real Property | | | - | | | |
| Personal Property | | | - | | | |
| Other: | | | - | | | |
| Total State and Local | | 8,212.67 | 8,212.67 | | | |
| | | | | | | |
| Total Taxes | | 32,331.22 | 32,331.22 | | | |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | Current | 0-30 | Number of Days Past Due 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Post-petition Debts | | | | | | |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

In re SMARTER TODDLER PRESCHOOL

**Debtor**

Case No. 19-13097(SCC)

Reporting Period: _____ Dec-19

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| Plus: Amounts billed during the period | |
| Less: Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Accounts Receivable | | | | | |
| Less: Bad Debts (Amount considered uncollectible) | | | | | |
| Net Accounts Receivable | | | | | |

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Taxes Payable | | | | | |
| Total Accounts Payable | | | | | |

In re SMARTER TODDLER PRESCHOOL      Case No. 19-13097(SCC)
     Debtor          Reporting Period:      Dec-19

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| KETTIA MING | PAYROLL | 9,250.00 | 56,558.00 |
| ROBERT MING | PAYROLL | 3,500.00 | 6,865.38 |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | 12,750.00 | 63,423.38 |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

**In re** SMARTER TODDLER PRESCHOOL                          **Case No.** 19-13097(SCC)
     **Debtor**                                              **Reporting Period:**                    Dec-19

# DEBTOR QUESTIONNAIRE

| | Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8 | Are any post petition payroll taxes past due? | | X |
| 9 | Are any post petition State or Federal income taxes past due? | | X |
| 10 | Are any post petition real estate taxes past due? | | X |
| 11 | Are any other post petition taxes past due? | | X |
| 12 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 13 | Are any amounts owed to post petition creditors delinquent? | | X |
| 14 | Are any wage payments past due? | | X |
| 15 | Have any post petition loans been been received by the Debtor from any party? | | X |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

# TD Bank

**America's Most Convenient Bank®**

E    STATEMENT OF ACCOUNT

SMARTER TODDLER GROUP LLC
OPERATING
99 JOHN ST
NY NY 10038

| | |
|---|---|
| Page: | 1 of 9 |
| Statement Period: | Dec 01 2019-Dec 31 2019 |
| Cust Ref #: | |
| Primary Account #: | |

## TD Business Simple Checking

SMARTER TODDLER GROUP LLC
OPERATING

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 97,834.91 | Average Collected Balance | 78,023.55 |
| Deposits | 25,000.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 326,646.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 29,585.26 | Days in Period | 31 |
| Electronic Payments | 151,670.95 | | |
| Other Withdrawals | 180,787.20 | | |
| Service Charges | 10.00 | | |
| Ending Balance | 87,427.50 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/03 | DEPOSIT | 25,000.00 |
| | Subtotal: | 25,000.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/04 | CCD DEPOSIT, BANKCARD MTOT DEP *\*\*\*\*\*\*\*\*\* | 13,420.00 |
| 12/05 | CCD DEPOSIT, BANKCARD MTOT DEP *\*\*\*\*\*\*\*\*\* | 4,200.00 |
| 12/06 | CCD DEPOSIT, BANKCARD MTOT DEP \*\*\*\*\*\*\*\*\* | 8,320.00 |
| 12/11 | CCD DEPOSIT, BANKCARD MTOT DEP * \*\*\*\*\*\*\* | 650.00 |
| 12/12 | CCD DEPOSIT, BANKCARD MTOT DEP \*\*\*\*\*\*\*\*\* | 2,700.00 |
| 12/16 | CCD DEPOSIT, BANKCARD MTOT DEP \*\*\*\*\*\*\*\*\* | 5,330.00 |
| 12/17 | CCD DEPOSIT, BANKCARD MTOT DEP \*\*\*\*\*\* | 5,710.00 |
| 12/18 | CCD DEPOSIT, BANKCARD MTOT DEP \*\*\*\*\*\*\* | 5,290.00 |
| 12/23 | CCD DEPOSIT, BANKCARD MTOT DEP \*\*\*\*\*\*\* | 8,810.00 |
| 12/24 | CCD DEPOSIT, BANKCARD MTOT DEP \*\*\*\*\*\*\* | 272,216.00 |
| | Subtotal: | 326,646.00 |

**Checks Paid**    No. Checks: 14    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 12/12 | 1023 | 2,700.00 | 12/31 | 1042 | 2,000.00 |
| 12/12 | 1028* | 2,700.00 | 12/09 | 1043 | 1,000.00 |
| 12/04 | 1040* | 1,115.00 | 12/13 | 1044 | 428.99 |
| 12/05 | 1041 | 4,500.00 | 12/16 | 1045 | 3,000.00 |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ❶ Ending Balance | | 87,427.50 |
| ❷ Total Deposits | + | |
| ❸ Sub Total | | |
| ❹ Total Withdrawals | - | |
| ❺ Adjusted Balance | | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** ❷ | | |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SMARTER TODDLER GROUP LLC
OPERATING

| | |
|---|---|
| Page: | 3 of 9 |
| Statement Period: | Dec 01 2019-Dec 31 2019 |
| Cust Ref #: | |
| Primary Account #: | |

---

## DAILY ACCOUNT ACTIVITY

### Checks Paid (continued)
*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|------|-----------|--------|------|-----------|--------|
| 12/17 | 1046 | 300.00 | 12/23 | 1049 | 600.00 |
| 12/24 | 1047 | 2,880.00 | 12/24 | 1050 | 4,500.00 |
| 12/27 | 1048 | 325.27 | 12/23 | 1058* | 3,536.00 |
| | | | | Subtotal: | 29,585.26 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|-------------|-------------|--------|
| 12/02 | CCD DEBIT, BANKCARD MTOT DISC ****07000311089 | 6,350.97 |
| 12/02 | DEBIT CARD PURCHASE, *****04024012548, AUT 120119 VISA DDA PUR INDEED        203 564 2400   * CT | 278.31 |
| 12/02 | DEBIT CARD PURCHASE, *****04024012548, AUT 120119 VISA DDA PUR NEXTIVA VOIP SERVICE     800 9834289   * AZ | 218.05 |
| 12/02 | DEBIT CARD PURCHASE, *****04024012548, AUT 113019 VISA DDA PUR AMZN MKTP US DX6EQ47Z3 A   AMZN COM BILL * WA | 178.14 |
| 12/02 | DEBIT CARD PURCHASE, *****04024012548, AUT 113019 VISA DDA PUR AMZN MKTP US KC83B1QZ3 A   AMZN COM BILL * WA | 102.30 |
| 12/02 | DEBIT CARD PURCHASE, *****04024012548, AUT 113019 VISA DDA PUR AMAZON COM 9D4LJ0163 AMZ   AMZN COM BILL * WA | 84.95 |
| 12/02 | DEBIT POS, *****04024012548, AUT 113019 DDA PURCHASE CVS PHARMACY 11 11075    NEW YORK    * NY | 84.68 |
| 12/02 | DEBIT CARD PURCHASE, *****04024012548, AUT 113019 VISA DDA PUR ETSY COM        718 8557955   * NY | 69.68 |
| 12/02 | DEBIT CARD PURCHASE, *****04024012548, AUT 112919 VISA DDA PUR AMZN MKTP US BK5X71DT3 A   AMZN COM BILL * WA | 17.82 |
| 12/03 | DEBIT CARD PURCHASE, *****04024012548, AUT 112919 VISA DDA PUR DISCOUNTSCH 8006272829    800 482 5846   * CA | 430.03 |
| 12/03 | DEBIT CARD PURCHASE, *****04024012548, AUT 112919 VISA DDA PUR DISCOUNTSCH 8006272829    800 482 5846   * CA | 173.41 |
| 12/03 | DEBIT CARD PURCHASE, *****04024012548, AUT 120219 VISA DDA PUR AMZN MKTP US QH38150C3     AMZN COM BILL * WA | 51.45 |
| 12/03 | DEBIT CARD PURCHASE, *****04024012548, AUT 113019 VISA DDA PUR AMZN MKTP US CC8OO3003 A   AMZN COM BILL * WA | 15.22 |
| 12/03 | CCD DEBIT, AUTHNET GATEWAY BILLING ****31539 | 14.85 |
| 12/03 | DEBIT CARD PURCHASE, *****04024012548, AUT 120119 VISA DDA PUR TAXI SVC LONG ISLAND C    LONG IS CITY * NY | 14.16 |
| 12/03 | DEBIT CARD PURCHASE, *****04024012548, AUT 120219 VISA DDA PUR AMZN MKTP US 158VT1YZ3 A   AMZN COM BILL * WA | 9.79 |
| 12/04 | DEBIT CARD PURCHASE, *****04024012548, AUT 120319 VISA DDA PUR PROCARE SOFTWARE     541 8583399   * OR | 80.00 |
| 12/04 | DEBIT CARD PURCHASE, *****04024012548, AUT 120219 VISA DDA PUR AMAZON COM OL2VH6PQ3    AMZN COM BILL * WA | 41.08 |
| 12/04 | DEBIT CARD PURCHASE, *****04024012548, AUT 120319 VISA DDA PUR AMZN MKTP US C64FW89M3 A   AMZN COM BILL * WA | 9.80 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SMARTER TODDLER GROUP LLC
OPERATING

| | |
|---|---|
| Page: | 4 of 9 |
| Statement Period: | Dec 01 2019-Dec 31 2019 |
| Cust Ref #: | |
| Primary Account #: | |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/05 | DEBIT CARD PURCHASE, *****04024012548, AUT 120219 VISA DDA PUR<br>AMZN MKTP US LU1LH2KA3 A    AMZN COM BILL * WA | 456.64 |
| 12/05 | DEBIT CARD PURCHASE, *****04024012548, AUT 112919 VISA DDA PUR<br>WB MASON        888 9262766   * MA | 148.05 |
| 12/05 | DEBIT CARD PURCHASE, *****04024012548, AUT 120319 VISA DDA PUR<br>AMZN MKTP US AH6LP3ZD3 A    AMZN COM BILL * WA | 14.14 |
| 12/06 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****271368 | 1,768.00 |
| 12/06 | DEBIT CARD PURCHASE, *****04024012548, AUT 120519 VISA DDA PUR<br>KRISPY KRUST PIZZA        BROOKLYN    * NY | 100.17 |
| 12/06 | DEBIT CARD PURCHASE, *****04024012548, AUT 120519 VISA DDA PUR<br>AMZN MKTP US DH6HM4AR3    AMZN COM BILL * WA | 31.29 |
| 12/06 | DEBIT CARD PURCHASE, *****04024012548, AUT 120519 VISA DDA PUR<br>AMZN MKTP US 137RV1TM3    AMZN COM BILL * WA | 14.14 |
| 12/06 | DEBIT CARD PURCHASE, *****04024012548, AUT 120519 VISA DDA PUR<br>AMZN MKTP US 162GD1JF3    AMZN COM BILL * WA | 9.79 |
| 12/06 | DEBIT CARD PURCHASE, *****04024012548, AUT 120519 VISA DDA PUR<br>AMZN MKTP US YP0096ZQ3    AMZN COM BILL * WA | 7.45 |
| 12/06 | DEBIT CARD PURCHASE, *****04024012548, AUT 120519 VISA DDA PUR<br>TEACHERSPAYTEACHERS COM    646 588 0910  * NY | 6.50 |
| 12/09 | DEBIT CARD PURCHASE, *****04024012548, AUT 120719 VISA DDA PUR<br>AMERICAN AIR001743441345    FORT WORTH   * TX | 596.00 |
| 12/09 | DEBIT CARD PURCHASE, *****04024012548, AUT 120819 VISA DDA PUR<br>AMZN MKTP US AT03Y5GP3    AMZN COM BILL * WA | 65.28 |
| 12/09 | DEBIT CARD PURCHASE, *****04024012548, AUT 120719 VISA DDA PUR<br>AMZN MKTP US F50V49WZ3    AMZN COM BILL * WA | 56.29 |
| 12/09 | DEBIT CARD PURCHASE, *****04024012548, AUT 120419 VISA DDA PUR<br>UPS 1ZTE87R90320012015    800 811 1648  * GA | 41.50 |
| 12/09 | DEBIT CARD PURCHASE, *****04024012548, AUT 120819 VISA DDA PUR<br>AMZN MKTP US 880TJ82F3    AMZN COM BILL * WA | 23.41 |
| 12/09 | DEBIT CARD PURCHASE, *****04024012548, AUT 120419 VISA DDA PUR<br>UPS 1ZTFE2800320024412    800 811 1648  * GA | 20.86 |
| 12/09 | DEBIT CARD PURCHASE, *****04024012548, AUT 120919 VISA DDA PUR<br>UPS ADJ00267652564991    800 811 1648  * GA | 16.40 |
| 12/09 | DEBIT CARD PAYMENT, *****04024012548, AUT 120519 VISA DDA PUR<br>ADOBE ACROPRO SUBS        800 833 6687  * CA | 16.32 |
| 12/09 | DEBIT CARD PURCHASE, *****04024012548, AUT 120619 VISA DDA PUR<br>AMZN MKTP US F74BU9S93    AMZN COM BILL * WA | 13.05 |
| 12/09 | DEBIT CARD PURCHASE, *****04024012548, AUT 120619 VISA DDA PUR<br>UPS 294BJ1M9G8Q        800 811 1648  * GA | 10.85 |
| 12/09 | DEBIT CARD PURCHASE, *****04024012548, AUT 120619 VISA DDA PUR<br>UPS 290BJ16E8L9        800 811 1648  * GA | 10.85 |
| 12/10 | eTransfer Debit, Online Xfer<br>Transfer to CK 4362434717 | 64,000.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

SMARTER TODDLER GROUP LLC
OPERATING

| | |
|---|---|
| Page: | 5 of 9 |
| Statement Period: | Dec 01 2019-Dec 31 2019 |
| Cust Ref #: | |
| Primary Account #: | |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/10 | DEBIT CARD PURCHASE, *****04024012548, AUT 120919 VISA DDA PUR SQ EMERGENCY MEDIC      MARLBORO TOWN * NJ | 400.00 |
| 12/10 | DEBIT CARD PURCHASE, *****04024012548, AUT 120919 VISA DDA PUR AMZN MKTP US 901IB20K3    AMZN COM BILL * WA | 63.14 |
| 12/11 | DEBIT CARD PURCHASE, *****04024012548, AUT 120919 VISA DDA PUR AMZN MKTP US 7L5VM0AM3    AMZN COM BILL * WA | 652.15 |
| 12/11 | DEBIT CARD PURCHASE, *****04024012548, AUT 120919 VISA DDA PUR AMZN MKTP US MG0RJ79L3    AMZN COM BILL * WA | 108.80 |
| 12/12 | DEBIT CARD PAYMENT, *****04024012548, AUT 121019 VISA DDA PUR VERIZON ONETIMEPAYMENT    800 VERIZON  * FL | 322.26 |
| 12/12 | DEBIT CARD PURCHASE, *****04024012548, AUT 121019 VISA DDA PUR AMAZON COM BZ0RD61F3 AMZ    AMZN COM BILL * WA | 33.38 |
| 12/12 | DEBIT CARD PURCHASE, *****04024012548, AUT 121119 VISA DDA PUR LYFT    RIDE TUE 6PM      LYFT COM    * CA | 19.46 |
| 12/12 | DEBIT CARD PURCHASE, *****04024012548, AUT 121119 VISA DDA PUR LYFT    RIDE WED 2PM      LYFT COM    * CA | 15.51 |
| 12/12 | DEBIT CARD PURCHASE, *****04024012548, AUT 120919 VISA DDA PUR AMAZON COM N17EJ48T3 AMZ    AMZN COM BILL * WA | 9.07 |
| 12/13 | ACH DEBIT, CON ED OF NY INTELL CK ****09089000064 | 991.18 |
| 12/16 | DEBIT CARD PURCHASE, *****04024012548, AUT 121219 VISA DDA PUR SONOS  INC            800 6055797  * CA | 486.68 |
| 12/16 | DEBIT CARD PURCHASE, *****04024012548, AUT 121519 VISA DDA PUR AMZN MKTP US 107MY1K73    AMZN COM BILL * WA | 32.66 |
| 12/16 | DEBIT CARD PURCHASE, *****04024012548, AUT 121319 VISA DDA PUR TAXI SVC NEW YORK      NEW YORK    * NY | 20.76 |
| 12/16 | DEBIT CARD PURCHASE, *****04024012548, AUT 121419 VISA DDA PUR AMZN MKTP US ST0NK98X3    AMZN COM BILL * WA | 2.86 |
| 12/16 | DEBIT CARD PURCHASE, *****04024012548, AUT 121519 VISA DDA PUR UPS ADJ00267652565091    800 811 1648 * GA | 2.55 |
| 12/17 | DEBIT CARD PURCHASE, *****04024012548, AUT 121519 VISA DDA PUR AMZN MKTP US VS2ON4513    AMZN COM BILL * WA | 76.73 |
| 12/17 | DEBIT CARD PURCHASE, *****04024012548, AUT 121519 VISA DDA PUR TAXI SVC LONG ISLAND C    LONG ISLAND C * NY | 21.96 |
| 12/17 | DEBIT CARD PURCHASE, *****04024012548, AUT 121319 VISA DDA PUR AMAZON COM A98V224J3 AMZ    AMZN COM BILL * WA | 16.74 |
| 12/19 | ELECTRONIC PMT-WEB, PAYPAL INST XFER BABYFINGERS | 780.00 |
| 12/19 | DEBIT CARD PURCHASE, *****04024012548, AUT 121819 VISA DDA PUR TMOBILE POSTPAID WEB    800 937 8997 * WA | 489.11 |
| 12/19 | DEBIT CARD PAYMENT, *****04024012548, AUT 121819 VISA DDA PUR EIG CONSTANTCONTACT COM    855 2295506  * MA | 49.00 |
| 12/19 | DEBIT CARD PURCHASE, *****04024012548, AUT 121719 VISA DDA PUR TAXI SVC LONG ISLAND C    LONG ISLAND C * NY | 29.80 |
| 12/19 | DEBIT CARD PURCHASE, *****04024012548, AUT 121719 VISA DDA PUR TAXI SVC QUEENS        LONG ISLAND C * NY | 24.30 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SMARTER TODDLER GROUP LLC
OPERATING

| | |
|---|---|
| Page: | 6 of 9 |
| Statement Period: | Dec 01 2019-Dec 31 2019 |
| Cust Ref #: | |
| Primary Account #: | |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/20 | DEBIT CARD PURCHASE, *****04024012548, AUT 121919 VISA DDA PUR<br>IN  FLAT RATE COPIERS LL   877 7815112   * FL | 651.94 |
| 12/20 | DEBIT CARD PURCHASE, *****04024012548, AUT 122019 VISA DDA PUR<br>VENMO                  VISA DIRECT   * NY | 55.00 |
| 12/23 | DEBIT POS, *****04024012548, AUT 122219 DDA PURCHASE<br>SEPHORA HUDSON YARDS    NEW YORK    * NY | 200.00 |
| 12/23 | DEBIT CARD PURCHASE, *****04024012548, AUT 122019 VISA DDA PUR<br>GRUBHUBDUNKIN          GRUBHUB COM  * IL | 116.23 |
| 12/23 | DEBIT CARD PURCHASE, *****04024012548, AUT 122319 VISA DDA PUR<br>VENMO                  VISA DIRECT   * NY | 100.00 |
| 12/23 | DEBIT CARD PURCHASE, *****04024012548, AUT 122219 VISA DDA PUR<br>LYFT   RIDE SAT 4PM     LYFT COM     * CA | 38.36 |
| 12/23 | DEBIT CARD PURCHASE, *****04024012548, AUT 122119 VISA DDA PUR<br>LYFT   RIDE SAT 10AM    LYFT COM     * CA | 36.73 |
| 12/23 | DEBIT CARD PURCHASE, *****04024012548, AUT 122319 VISA DDA PUR<br>VENMO                  VISA DIRECT   * NY | 25.00 |
| 12/23 | DEBIT CARD PURCHASE, *****04024012548, AUT 121919 VISA DDA PUR<br>APPLE COM BILL         866 712 7753  * CA | 5.43 |
| 12/24 | eTransfer Debit, Online Xfer<br>Transfer to | 63,000.00 |
| 12/24 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****632855 | 126.25 |
| 12/24 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****879815 | 125.00 |
| 12/24 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****887354 | 125.00 |
| 12/24 | DEBIT CARD PURCHASE, *****04024012548, AUT 122319 VISA DDA PUR<br>LYFT   RIDE SUN 2PM     LYFT COM    * CA | 23.96 |
| 12/24 | DEBIT CARD PURCHASE, *****04024012548, AUT 122219 VISA DDA PUR<br>TAXI SVC 41 25 36TH ST    LONG IS CITY * NY | 11.16 |
| 12/26 | DEBIT CARD PURCHASE, *****04024012548, AUT 122319 VISA DDA PUR<br>SPECTRUM               855 707 7328  * NY | 757.80 |
| 12/26 | DEBIT CARD PURCHASE, *****04024012548, AUT 122319 VISA DDA PUR<br>MTA METROCARD MACHINE      NEW YORK    * NY | 127.00 |
| 12/26 | DEBIT CARD PURCHASE, *****04024012548, AUT 122319 VISA DDA PUR<br>NYC FERRY MOBILE       415 438 8311  * NY | 8.25 |
| 12/26 | DEBIT CARD PURCHASE, *****04024012548, AUT 122319 VISA DDA PUR<br>NYC FERRY MOBILE       415 438 8311  * NY | 8.25 |
| 12/27 | CCD DEBIT, OXFORD HEALTH 2 EBPP PMT Oxford | 5,732.79 |
| 12/27 | DEBIT CARD PURCHASE, *****04024012548, AUT 122319 VISA DDA PUR<br>02715 LAUNDRY CARD       NEW YORK    * NY | 50.00 |




**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SMARTER TODDLER GROUP LLC
OPERATING

| | |
|---|---|
| Page: | 7 of 9 |
| Statement Period: | Dec 01 2019-Dec 31 2019 |
| Cust Ref #: | |
| Primary Account #: | |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/30 | DEBIT CARD PURCHASE, *****04024012548, AUT 122819 VISA DDA PUR LYFT    SUBSCRIPTION    LYFT COM    * CA | 21.76 |
| 12/30 | DEBIT CARD PURCHASE, *****04024012548, AUT 122919 VISA DDA PUR LYFT    RIDE SUN 6PM    LYFT COM    * CA | 14.11 |
| 12/31 | DEBIT CARD PURCHASE, *****04024012548, AUT 123019 VISA DDA PUR LYFT    RIDE SUN 8PM    LYFT COM    * CA | 11.16 |
| | Subtotal: | 151,670.95 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/11 | WIRE TRANSFER OUTGOING, The Edge | 53,477.93 |
| 12/11 | WIRE TRANSFER FEE | 25.00 |
| 12/18 | DEBIT | 2,000.00 |
| 12/20 | DEBIT | 3,000.00 |
| 12/27 | WIRE TRANSFER OUTGOING, 99 John Street Llc | 64,256.34 |
| 12/27 | WIRE TRANSFER OUTGOING, Mph-1 The Edge Llc | 55,977.93 |
| 12/27 | WIRE TRANSFER FEE | 25.00 |
| 12/27 | WIRE TRANSFER FEE | 25.00 |
| 12/30 | DEBIT | 2,000.00 |
| | Subtotal: | 180,787.20 |

### Service Charges

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/31 | MAINTENANCE FEE | 10.00 |
| | Subtotal: | 10.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 97,834.91 | 12/16 | 9,695.86 |
| 12/02 | 90,450.01 | 12/17 | 14,990.43 |
| 12/03 | 114,741.10 | 12/18 | 18,280.43 |
| 12/04 | 126,915.22 | 12/19 | 16,908.22 |
| 12/05 | 125,996.39 | 12/20 | 13,201.28 |
| 12/06 | 132,379.05 | 12/23 | 17,353.53 |
| 12/09 | 130,508.24 | 12/24 | 218,778.16 |
| 12/10 | 66,045.10 | 12/26 | 217,876.86 |
| 12/11 | 12,431.22 | 12/27 | 91,484.53 |
| 12/12 | 9,331.54 | 12/30 | 89,448.66 |
| 12/13 | 7,911.37 | 12/31 | 87,427.50 |



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SMARTER TODDLER GROUP LLC
OPERATING

Page:                8 of 9
Statement Period:    Dec 01 2019-Dec 31 2019
Cust Ref #:
Primary Account #:



| #1023 | 12/12 | $2,700.00 |
| #1028 | 12/12 | $2,700.00 |
| #1040 | 12/04 | $1,115.00 |
| #1041 | 12/05 | $4,500.00 |
| #1042 | 12/31 | $2,000.00 |
| #1043 | 12/09 | $1,000.00 |
| #1044 | 12/13 | $428.99 |
| #1045 | 12/16 | $3,000.00 |
| #1046 | 12/17 | $300.00 |
| #1047 | 12/24 | $2,880.00 |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SMARTER TODDLER GROUP LLC
OPERATING

| | |
|---|---|
| Page: | 9 of 9 |
| Statement Period: | Dec 01 2019-Dec 31 2019 |
| Cust Ref #: | 4: ⋯ ** |
| Primary Account #: | |



#1048          12/27          $325.27



#1049          12/23          $600.00



#1050          12/24          $4,500.00



#1058          12/23          $3,536.00



**Bank**

America's Most Convenient Bank®

E        STATEMENT OF ACCOUNT

SMARTER TODDLER GROUP LLC
PAYROLL
99 JOHN ST
NY NY  10038

Page:                                    1 of 3
Statement Period:    Dec 01 2019-Dec 31 2019
Cust Ref #:
Primary Account #:

## TD Business Simple Checking

SMARTER TODDLER GROUP LLC
PAYROLL

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 119.32 | Average Collected Balance | 7,402.07 |
| Electronic Deposits | 128,344.95 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 126,001.16 | Annual Percentage Yield Earned | 0.00% |
| Other Withdrawals | 2,060.00 | Days in Period | 31 |
| Service Charges | 10.00 | | |
| Ending Balance | 393.11 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/10 | eTransfer Credit, Online Xfer Transfer fron | 64,000.00 |
| 12/12 | CCD DEPOSIT, GUSTO NET 978686 6semjo3osue | 1,344.74 |
| 12/24 | eTransfer Credit, Online Xfer Transfer | 63,000.00 |
| 12/31 | CCD DEPOSIT, GUSTO TAX 114530 6semjo5flgn | 0.21 |
| | Subtotal: | 128,344.95 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/03 | CCD DEBIT, GUSTO FEE 957429 6semjo33uka | 695.72 |
| 12/11 | CCD DEBIT, GUSTO NET 977088 6semjo3o1r1 | 44,504.27 |
| 12/11 | CCD DEBIT, GUSTO TAX 977094 6semjo3o1t0 | 15,981.80 |
| 12/11 | CCD DEBIT, GUSTO REM 977093 6semjo3o1tg | 300.00 |
| 12/26 | CCD DEBIT, GUSTO NET 069722 6semjo4tu9d | 45,873.32 |
| 12/26 | CCD DEBIT, GUSTO TAX 069724 6semjo4tucj | 16,349.42 |
| 12/26 | CCD DEBIT, GUSTO CND 069721 6semjo4tude | 1,596.63 |
| 12/26 | CCD DEBIT, GUSTO REM 069723 6semjo4tucl | 700.00 |
| | Subtotal: | 126,001.16 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/04 | OVERDRAFT PD | 35.00 |
| 12/18 | WIRE TRANSFER OUTGOING, Kettia Ming | 2,000.00 |
| 12/18 | WIRE TRANSFER FEE | 25.00 |
| | Subtotal: | 2,060.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| ① Ending Balance | 393.11 |
| ② Total Deposits | + |
| ③ Sub Total | |
| ④ Total Withdrawals | - |
| ⑤ Adjusted Balance | |

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

SMARTER TODDLER GROUP LLC
PAYROLL

| | |
|---|---|
| Page: | 3 of 3 |
| Statement Period: | Dec 01 2019-Dec 31 2019 |
| Cust Ref #: | |
| Primary Account #: | |

---

DAILY ACCOUNT ACTIVITY

**Service Charges**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/31 | MAINTENANCE FEE | 10.00 |
| | Subtotal: | 10.00 |

---

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 119.32 | 12/12 | 3,947.27 |
| 12/03 | -576.40 | 12/18 | 1,922.27 |
| 12/04 | -611.40 | 12/24 | 64,922.27 |
| 12/10 | 63,388.60 | 12/26 | 402.90 |
| 12/11 | 2,602.53 | 12/31 | 393.11 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender