DAVIDOFF HUTCHER & CITRON LLP
*Attorneys for the Reorganized Debtors*
605 Third Avenue
New York, New York 10158
(212) 557-7200
Robert L. Rattet, Esq.
Jonathan S. Pasternak, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                    Post Confirmation

SMARTER TODDLER GROUP, LLC,                       Chapter 11
                                                                           Case No. 19-13097(SCC)
                                    Debtor.
------------------------------------------------------------X

### DECLARATION CONCERNING DISBURSEMENTS OF THE DEBTOR
### FOR THE PERIOD OF FEBRUARY 1, 2021 THROUGH FEBRUARY 25, 2021

Jonathan S. Pasternak hereby declares and states as follows:

1. I am a partner at the law firm Davidoff Hutcher & Citron LLP, attorneys for the above captioned debtor ("Debtor") and Disbursing Agent under the Debtor's confirmed plan of reorganization (the "Plan").

2. This Declaration is submitted as a summary of the Disbursing Agent's disbursements during the period of February 1, 2021 through February 25, 2021, the date of entry of the Bankruptcy Court order granting a final decree closing the Debtor's Chapter 11 case (the "Reporting Period").[1]

3. During the Reporting Period, the Disbursing Agent disbursed on behalf of the Debtor and pursuant to the Plan the following amounts:

2/1/2021-2/25/2021:    $17,930.49

---

[1] The sale of the Debtor's business closed on January 15, 2021, and all the net sale proceeds were distributed to the Disbursing Agent for distribution under the Plan..

4. This is an accurate summary of the Debtor's estate's disbursements for the Reporting Period.

Dated: New York, New York
February 26, 2021

*/s/ Jonathan S. Pasternak*
Jonathan S. Pasternak