Thomas A. Farinella (TF-8309)
Law Office of Thomas A. Farinella, P.C.
260 Madison Avenue, 8th
New York, New York 10016
(917) 319-8579
*Proposed Successor Attorney*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- X
IN RE:

**SMARTER TODDLER GROUP LLC,**

       **Debtor.**
-------------------------------------------------------- X

Post-Confirmation
Chapter 11

Case No: 19-13097 (DSJ)

**ORDER (I) PURSUANT TO 11 U.S.C. § 350(b)
REOPENING THE DEBTOR'S BANKRUPTCY CASE,
(II) PROVIDING RELIEF, AND (III) RECLOSING CASE**

Upon the motion, dated March 19, 2024 (the "Motion"), of Smarter Toddler Group, LLC, (the "Debtor"), for an order, pursuant to 11 U.S.C. § 350(b) and Federal Rule of Bankruptcy Procedure 5010, to reopen the Debtor's bankruptcy case; and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing on the Motion on April 11, 2024 and upon all of the proceedings had before the Court; and, after due deliberation, sufficient cause appearing, it is hereby

**ORDERED** that the Motion is granted.

**ORDERED**, that the Debtor's bankruptcy case is hereby re-opened.

**ORDERED,** that the Debtor's former counsel, Davidoff, Hutcher & Cintron, LLP (former counsel) is substituted with new counsel the Law Office of Thomas A. Farinella (new counsel).

**ORDERED,** that as provided by the parties' Stipulation (Dkt. 125), the Debtor's new counsel is substituted as the disbursing agent under the Debtor's confirmed plan, replacing former counsel as disbursing agent.

**ORDERED**, that upon the entry of this Order, and upon the entry of an order approving the Stipulation, the Clerk of this Court shall immediately reclose the Debtor's bankruptcy case.

Dated: New York, New York
      April 11, 2024                          *s/ David S. Jones*
                                                            Honorable David S. Jones
                                                             United States Bankruptcy Judge